UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COMMERCE WEST INSURANCE COMPANY,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>MITCHELL KANE, et al.,<br><br>　　　　　　　Defendants. | CASE NO. C18-0662JLR<br><br>ORDER DIRECTING RESPONSE TO MOTION FOR RECONSIDERATION |

Before the court is Defendants' motion for reconsideration of part of the court's order granting summary judgment in favor of Plaintiff Commerce West Insurance Company ("Commerce West"). (MFR (Dkt. # 26); *see also* SJ Order (Dkt. # 25).) Specifically, Defendants ask the court to reconsider its ruling that there is no personal injury protection ("PIP") benefits under the policy at issue for the injuries and damages Defendant Mitchell Kane sustained. (MFR at 1-2 ("Defendants ask the Court to reconsider that portion of its Order on Summary Judgment denying PIP coverage for

| | |
|---|---|
| 1 | injuries sustained when Mitchell Kane was knocked of [sic] his moped by a drunk |
| 2 | driver."); *see* SJ Order at 6-8.) Pursuant to Local Rule LCR 7(h)(3), the court ORDERS |
| 3 | Commerce West to respond to Defendants' motion for reconsideration by no later than |
| 4 | Friday, September 21, 2018. *See* Local Rules W.D. Wash. LCR 7(h)(3). Commerce |
| 5 | West's response shall be no longer than ten (10) pages. Defendants' reply, if any, shall |
| 6 | be filed by no later than Friday, September 28, 2018, and shall be no longer than five (5) |
| 7 | pages. The court DIRECTS the clerk to re-note Defendants' motion for reconsideration |
| 8 | (Dkt. # 26) to September 28, 2018. |
| 9 | Dated this 12th day of September, 2018. |

JAMES L. ROBART
United States District Judge